NEWBERRY & COMPANY, INC., Appellant, v. GEORGE W. WARNECKE & Co., INC., et al., Respondents.

Argued June 5, 1944; decided July 19, 1944.

*Gustave B. Garfield* for appellant.

*Edward H. Spencer* and *Melber Chambers* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.